SO ORDERED,
SIGNED May 22, 2013.

STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE



FILED
MAY 2 2 2013

EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

**Benjamin Barrett**  CASE NO. 12-11339
**Brenda Barrett**
**DEBTOR**  Chapter 13

## O R D E R

**CONSIDERING THE ABOVE AND FOREGOING;**

**IT IS HEREBY ORDERED THAT** the Order dismissing Debtor's Chapter 13 Case is rescinded.
**IT IS FURTHER ORDERED THAT** Debtor's chapter 13 case be reinstated.

**IT IS FURTHER ORDERED THAT** the Trustee may dismiss Debtor's case ex-parte and with prejudice if Debtor is in default by more than 30 days on any future trustee payments.

**IT IS FINALLY ORDERED THAT** if case is dismissed for default in plan payments, the court will not consider a motion to reinstate.

### ###

Respectfully Submitted,
**The Cook Law Firm, APLC**
4070 Highway 80
Haughton, La 71037
(318) 949-5999
By: _____
Robert W. Cook, #20761
Kelli R. Cook, #32401
Michele S. Cook, #33531
Theodore E. Johnson, Jr. #07331
Kent Gill, #06165
Jessica P. Johnston, #32519